<pre>
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
</pre>

| UNITED STATES OF AMERICA, | ) | Case No. 73CR16435-GPC |
|---|---|---|
| Plaintiff, | ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT |
| v. | ) | |
| ALFREDO RUEZA ALATORRE, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed.

IT IS SO ORDERED.

DATED: October 9, 2018

_____
Hon. Gonzalo P. Curiel
United States District Judge